**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
111WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

June 26, 2007

Clerk of Courts
Erie County Courthouse
140 West 6 Street
Erie PA  16501

    Re: <u>Stratton v. Dragovich</u>
       Civil Action No. 01-111 Erie

Dear Sir:

    I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

    Please receipt for these records on the enclosed copy of this letter.

                      Very truly yours,

                      ROBERT V. BARTH, JR.
                      CLERK OF COURT

                      By: _/s/ Debra L. Mayo_
                      Debra L. Mayo
                      Deputy Clerk

Enclosures