UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
111WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

June 26, 2007

Clerk of Courts
Erie County Courthouse
140 West 6 Street
Erie PA  16501

Re: Stratton v. Dragovich
    Civil Action No. 01-111 Erie

Dear Sir:

I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

Please receipt for these records on the enclosed copy of this letter.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
    Debra L. Mayo
    Deputy Clerk

Enclosures

[Stamp: CLERK OF RECORDS 2007 JUN 27 A 10: 35 CRIMINAL DIVISION COUNTY COURTHOUSE ERIE, PA 16501]

RECEIVED

JUN 28 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA